# Phillips Lytle LLP

**Via CM/ECF and First Class Mail**  
Hon. Robert E. Littlefield, Jr.  
United States Bankruptcy Court  
Northern District of New York  
James T. Foley Courthouse  
445 Broadway, Suite 330  
Albany, NY 12207

March 27, 2013

Re:  In re Richard D. Green  
     Case No. 10-12767-1-rel

Dear Judge Littlefield:

We represent American Tax Funding, LLC ("ATF"), a creditor of the Debtor in the above-referenced case. On December 26, 2012 ATF filed Motion for an Order Granting Relief from the Automatic Stay ("Motion") (Docket No. 22) with respect to certain property located at 1160 McClellan Street, Schenectady, New York ("Property").

The basis for the Motion was the Debtor's failure to pay post-petition real property taxes accruing against the Property. Subsequent to the filing of the Motion, the Debtor provided ATF with proof of payment of all outstanding post-petition taxes assessed against the Property.

Accordingly, ATF respectfully requests that the Court deem the Motion withdrawn.

Please contact me if you have any questions.

Very truly yours,

Phillips Lytle LLP

By

Joshua P. Fleury

JPF2ht  
Doc # 01-2561181.4

cc: Andrea E. Celli, Chapter 13 Trustee  
    Laura L. Silva, Esq.